UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY FUND,
the CARPENTER CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK, and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                      Petitioners,                  20 **CIVIL** 3096 (AKH)

       -against-                              **JUDGMENT**

UNIQUE CONTRACTING CORPORATION,

                      Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated April 13, 2022, the petition to confirm the arbitration award is granted. Judgment is entered in the Petitioners' favor in the amount of $126,787.47 plus 7.5% pre-judgment interest, from December 18, 2019 to the date of entry of this judgment, in the amount of $22,274.65, and an additional $945 for attorneys' fees related to the instant litigation; accordingly, the case is closed.

**Dated**: New York, New York
         April 21, 2022

                                              **RUBY J. KRAJICK**

                                                  Clerk of Court
                                **BY:**
                                                    **Deputy Clerk**